John E. Flaherty
Ravin R. Patel
MCCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
Tel: (973) 639-7903
Fax: (973) 297-3971

James A. Plemmons  (P42892)
Jason P. Klingensmith (P61687)
Patrick B. Green (P68759)
DICKINSON WRIGHT PLLC
500 Woodard Ave., Suite 4000
Detroit, MI  48226
Tel: 313-223-3500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON CONTROLS, INC., a corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| SHIRLEY SOOY, formerly known as SHIRLEY RAUL, an individual, and TRANSVANTAGE SOLUTIONS, INC., formerly known as FTS INDUSTRIES, INC., a corporation, | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

Civil Action No. _____

**PLAINTIFF'S FED. R. CIV. P. 7.1 STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Johnson Controls, Inc. states that it has no parent corporation and no publicly held corporation owns 10 percent or more of Johnson Controls, Inc..

2

        Respectfully Submitted,

By: s/John E. Flaherty
     John E. Flaherty
     Ravin R. Patel
     MCCARTER & ENGLISH, LLP
     100 Mulberry Street
     Four Gateway Center
     Newark, NJ 07102
     Tel: (973) 639-7903
     Fax: (973) 297-3971

     James A. Plemmons  (P42892)
     Jason P. Klingensmith (P61687)
     Patrick B. Green (P68759)
     DICKINSON WRIGHT PLLC
     500 Woodard Ave., Suite 4000
     Detroit, MI  48226
     Tel: 313-223-3500

     *Attorneys for Plaintiff*

Date: April 8, 2013