John E. Flaherty
Ravin R. Patel
MCCARTER & ENGLISH, LLP
100 Mulberry Street
Four Gateway Center
Newark, NJ 07102
Tel: (973) 639-7903
Fax: (973) 297-3971

James A. Plemmons  (P42892)
Jason P. Klingensmith (P61687)
Patrick B. Green (P68759)
DICKINSON WRIGHT PLLC
500 Woodard Ave., Suite 4000
Detroit, MI  48226
Tel: 313-223-3500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNSON CONTROLS, INC., a corporation, <br><br> Plaintiff, <br><br> v. <br><br> SHIRLEY SOOY, formerly known as SHIRLEY RAUL, an individual, and TRANSVANTAGE SOLUTIONS, INC., formerly known as FTS INDUSTRIES, INC., a corporation, <br><br> Defendants. | Civil Action No. 13-02208 (PGS) (LHG) |

**CERTIFICATION OF DAMAGES IN EXCESS OF $150,000**

The undersigned, counsel for Plaintiff Johnson Controls, Inc., hereby certifies that the damages recoverable in this action exceed the sum of $150,000, exclusive of interest, costs and any claim for punitive damages, as set forth in the Complaint.

        Respectfully Submitted,

By: <u>s/John E. Flaherty</u>
    John E. Flaherty
    Ravin R. Patel
    MCCARTER & ENGLISH, LLP
    100 Mulberry Street
    Four Gateway Center
    Newark, NJ 07102
    Tel: (973) 639-7903
    Fax: (973) 297-3971

    James A. Plemmons  (P42892)
    Jason P. Klingensmith (P61687)
    Patrick B. Green (P68759)
    DICKINSON WRIGHT PLLC
    500 Woodard Ave., Suite 4000
    Detroit, MI  48226
    Tel: 313-223-3500

    *Attorneys for Plaintiff*

Date: April 9, 2013